

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2013

No. 04-13-00385-CR

Daniel **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR7475B
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Appellant's motion for suspension and recalculation of deadline for filing brief is GRANTED. Because the exhibits requested by appellant were filed on October 8, 2013, appellant's brief is due on **November 7, 2013**.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court